# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

LOUIS CARTER,

    Plaintiff,

v.                              Case No.: 3:13cv478/MCR/CJK

VETERANS AFFAIRS, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff, proceeding *pro se*, commenced this civil rights action on August 28, 2013, by filing a complaint under 42 U.S.C. § 1983 and a motion to proceed *in forma pauperis*. (Docs. 1 and 2). Plaintiff's motion for leave to proceed *in forma pauperis* was denied and plaintiff was ordered to pay the $400.00 filing fee. (Doc. 4). Plaintiff was warned that failure to comply with the order would result in a recommendation that this case be dismissed. To date, plaintiff has not complied with the order, and has not responded to the court's October 8, 2013 order (doc. 5) requiring plaintiff to show cause why this case should not be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with orders of the court.

2. That the clerk be directed to close the file.

DONE AND ORDERED this 28th day of October, 2013.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).