# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**LOUIS CARTER,**

    **Plaintiff,**

**v.**                               Case No.: 3:13cv478/MCR/CJK

**VETERANS AFFAIRS, et al.,**

    **Defendants.**

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 28, 2013 (doc. 6). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed. Having considered the Report and Recommendation, and the record, the Court determines that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

1. This cause is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and failure to comply with orders of the Court.

2. The Clerk is directed to close the file.

**DONE AND ORDERED** this 26th day of November, 2013.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**